**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650-328-8500

Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendant 23andMe, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTEN RIVERS on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>23ANDME, INC. and 23ANDME HOLDING CO.,<br><br>*Defendant*. | **CASE NO. 3:23-cv-06481**<br><br>Hon. Donna M. Ryu<br><br>**NOTICE OF FILING OF MOTION FOR TRANSFER AND CONSOLIDATION OF 23ANDME, INC. LITIGATION PURSUANT TO 28 U.S.C. § 1407** |

1
NOTICE OF FILING OF MOTION FOR TRANSFER AND CONSOLIDATION OF 23ANDME, INC.
LITIGATION PURSUANT TO 28 U.S.C. § 1407

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** pursuant to Rules 6.1, 6.2, and 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant 23andMe, Inc. and 23andMe, Holding Co. (collectively, "23andMe") filed the attached Motion to Transfer (Exhibit A) with the Judicial Panel on Multidistrict Litigation on December 21, 2023 pursuant to 28 U.S.C. § 1407.

This motion relates to thirty-one (31) putative class actions filed in three Federal Districts across the United States. Defendant 23andMe respectfully moves the United States Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. §1407, to transfer and consolidate for coordinated pretrial proceedings the related actions listed in Schedule A of the motion to the United States District Court for the Northern District of California.

DATED:  December 22, 2023                GREENBERG TRAURIG, LLP

                                By:     */s/ Rebekah S. Guyon*
                                        Rebekah S. Guyon
                                        Attorneys for Defendant, 23andMe, Inc.